IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA   )
   )
V.   )     CASE NO. 2:23-CR-20004
   )
LEVI WHITE, et al   )

## NOTICE OF JURY TRIAL DATE CONFLICT

Comes now the Defendant, Levi White, by and through his attorney, Russell Wood, and for his Notice of Jury Trial Date Conflict, states as follows:

1.     On November 13, 2023, this court granted the Defendant's Motion for Continuance based on untimely discovery production by the government. The Order indicates that the new jury trial will be set on April 22, 2024.

2.     Undersigned counsel currently has a jury trial scheduled to begin on April 23, 2024, in the case of *State of Arkansas v. Vafa Ferdowsian* Case No. 15CR-23-16 in Conway County Arkansas. This jury trial pertains to patient allegations of rape against an Arkansas doctor.

3.     Undersigned counsel is also co-counsel on the civil jury trial set to begin on April 29, 2024, in the case of *Levi White v. Eric Moore*, Case No. 3:23-CV-00003. (Not the same Levi White).

4.     Additionally, undersigned is co-counsel on another four (4) day civil jury trial to begin on April 30, 2024, in the case of *Katie Whitworth vs. Mark Kling,* Case No. 22-3051, in Saline County Arkansas.

5.      The continuance granted by this Court was not the result of any actions by the Defendant and the Defendant asks the Court to reconsider the proposed jury trial date in light of undersigned's scheduling conflict. Defendant is entitled to continuity of counsel.

6.      Counsel believes a ZOOM meeting with all counsel would benefits all parties in scheduling a trial date.

**WHEREFORE,** all premises considered the Defendant requests that the Court reconsider the jury trial setting and reset the jury trial due to the conflicts. Undersigned counsel requests a Zoom scheduling hearing with all counsel to select a new jury trial date.

Respectfully submitted,

**LEVI WHITE**

/s/ Russell A. Wood_____
Russell A. Wood
**WOOD LAW FIRM, P.A.**
501 East 4th Street, Suite 4
Russellville, AR 72801
Ph: (479) 967-WOOD (9663)
Fax: (479) 967-9664
E-mail: RWood@WoodLawFirmPA.com
AR #2001137; TN #23102

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, Russell A. Wood, hereby certify that on the 16th day of November 2023, the foregoing document was filed electronically using the CM/ECF system with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Anna Mary Gotfryd
anna.gotfryd@usdoj.gov

Devon Joy Still
devon.still@usdoj.gov

Dustin S. Roberts
Dustin.Roberts@usdoj.gov

Michael J. Songer
Michael.Songer@usdoj.gov

Bill James
wojfeds@gmail.com

Christopher Baker
chris@jamesfirm.com

Lia Rettammel
Lia.Rettammel@usdoj.gov

Nicki Nicolo
Nicololaw@gmail.com

/s/ Russell A. Wood_____
Russell A. Wood